**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BARBARA MASSEY-NINO<br><br>Debtor | CHAPTER 13 PROCEEDINGS<br><br>Case No.: 07-00088-TUC-EWH<br><br>**Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 212046 | 08/31/2010 | CALVIN R. JONES<br>1900 W. BENSON BLVD #201<br>ANCHORAGE, AK 99517 | $55.39 |
| | | **Total** | **$55.39** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $55.39 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 01/27/2011

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee